UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: CLARENCE E & WENDY I GORDER | APPLICATION FOR ORDER TO DEDUCT PAYMENTS BANKRUPTCY CASE #12-51011 |
| Debtors | |

Kyle L. Carlson, standing chapter 13 trustee, hereby requests an order to deduct payments from the debtor's future earnings or other income as set forth on the accompanying proposed order.

Dated: April 22, 2014                                         /e/ Kyle L. Carlson
                                                              Kyle L. Carlson
                                                              PO Box 519
                                                              Barnesville, MN  56514

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re: CLARENCE E & WENDY I GORDER

ORDER TO DEDUCT
PAYMENTS
BANKRUPTCY CASE #12-51011

Debtors

This case came before the court pursuant to a request for an order. The debtor has filed a case under chapter 13 of the bankruptcy code and a modified plan has been approved that submits all of a portion of future income to the control of the trustee. Therefore,

IT IS ORDERED:

1. The following entity shall deduct from the future earning or other income the sum given below in the manner specified below, and shall pay immediately all such sums to the order of **Kyle L. Carlson, Chapter 13 Trustee** at **2900 Momentum Place, Chicago, IL 60689-5329.** The debtor's bankruptcy case number shall be provided on all remittances.

Employee: Clarence E. Gorder

Social Security No. xxx-xx-4056

Paying Entity: Fond Du Lac Reservation
Attention: Payroll
1720 Big Lake Road
Cloquet, MN 55720

**Amount: $138.00**
Manner of Payment: Bi-weekly
Starting Date: May 2, 2014

2. This order replaces any previous orders and shall be effective until receipt of another order or written notice from the clerk that the case has been dismissed or converted to a case under chapter 7. The employer's compliance with this order is not discretionary. Limitations on involuntary wage withholding do not apply to this order.

Dated:

_____
United States Bankruptcy Judge